JOSEPH BUSHTIS, Appellant, *v.* CATSKILL CEMENT COMPANY, Respondent.

(Submitted January 20, 1913; decided January 28, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 548.)

---

SIMON HEILBRUNN, Appellant, *v.* GERMAN ALLIANCE INSURANCE COMPANY OF NEW YORK, Respondent.

(Submitted January 20, 1913; decided January 28, 1913.)

Motion to amend remittitur denied, without costs. (See 206 N. Y. 683.)

---

JOHN OTTO, JR., et al., Appellants, *v.* SPENCER KELLOGG et al., Respondents.

*Otto* v. *Kellogg*, 146 App. Div. 884, affirmed.
(Argued January 15, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1911, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action for breach of contract.

*Charles B. Hill* for appellants.

*William C. Carroll* and *George Lester Lewis* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.